UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
JENNIFER PERDOMO,

        Plaintiff(s),

  -against-

FEDERAL JEANS, INC. and YORAM MOUSSAIEFF,
in his official and individual capacities,
        Defendant(s).
------------------------------------------------------------X

JUDGE KOELTL
Index No. 08 CV 00919

AFFIDAVIT OF SERVICE

STATE OF NEW YORK  )
                      S.S.:
COUNTY OF NEW YORK)

      NELSON CARVAJAL, being duly sworn, deposes and says that he is over the age of eighteen years, is employed by the attorney service, DLS., Inc., and is not a party to this action.

      That on the 30th day of January 2008, at approximately the time of 4:10 p.m., deponent attempted to serve a true copy of the **SUMMONS IN A CIVIL ACTION, COMPLAINT JURY TRIAL DEMANDED, GUIDELINES FOR ELECTRONIC CASE FILING, INDIVIDUAL PRACTICES OF JUDGE JOHN G. KOELTL AND INDIVIDUAL PRACTICES OF MAGISTRATE JUDGE MAAS** upon Yoram Moussaieff at 8121 Kent Street, Jamaica, NY 11432. Deponent rang the doorbell and man answered intercom and said "Mr. Moussaieff was not home at the moment." But he refused to open the door or accept service.

      At that time, therefore, deponent served a true copy of the foregoing papers upon Yoram Moussaieff by firmly affixing same conspicuously on the front door at that address, the actual place of residence.

      That on the 31st day of January 2008, deponent served another copy of the foregoing upon Yoram Moussaieff at 8121 Kent Street, Jamaica, NY 11432, by first class mail, by enclosing a true copy thereof in a securely sealed and postpaid wrapper with the words "PERSONAL AND CONFIDENTIAL" written on the same envelope, and not indicating on the outside that it is from an attorney or concerns an action against the

person to be served, and depositing the same into an official depository maintained by the Government of the United States, City and State of New York.

*[signature]*
NELSON CARVAJAL #965441

Sworn to before me this
1st day of February, 2008

*[signature]*
NOTARY PUBLIC

JONATHAN T. RIPPS
Notary Public, State of New York
NO. 01RI6109718
Qualified in Rockland County
Certificate Filed in New York County
Commission Expires May 17, 20__08

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Southern District of New York

JENNIFER PERDOMO,

V.

FEDERAL JEANS, INC. and
YORAM MOUSSAIEFF, in his official and
individual capacities,

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 08-CV 00919

TO: (Name and address of Defendant)

Yoram Moussaieff
2016 Pitkin Avenue
Brooklyn, NY 11207

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Douglas H. Wigdor
Thompson Wigdor & Gilly LLP
350 Fifth Avenue, Suite 5720
New York, NY 10118

an answer to the complaint which is served on you with this summons, within _____twenty_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**J. MICHAEL McMAHON**                                      JAN 2 8 2008

CLERK                                                        DATE

(By) DEPUTY CLERK

☙AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE |
| NAME OF SERVER (PRINT) | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
                    Date              *Signature of Server*

_____
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.