Bennett D. Krasner, Esq. (bk-8375)
1233 Beech Street #49
Atlantic Beach, New York 11509
Attorney for Defendant, Federal Jeans, Inc.

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| Jennifer Perdomo., ) | |
| ) | |
| Plaintiff, ) | Civil Action No. |
| v.  ) | 08-CV-00919(JGK) |
| ) | |
| Federal Jeans, Inc. and ) | |
| Yoram Moussaief, in his official and individual ) | |
| capacities, ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF APPEARANCE

Please Take Notice, that the undesigned counsel hereby appears on behalf of Defendant, Federal Jeans, Inc. in the above-captioned action and demands that all papers in this action shall be served upon the undersigned at the address set forth below.

Dated: Atlantic Beach, New York
February 19, 2008                                   Respectfully submitted,


*Bennett D Krasner*
Bennett D. Krasner, Esq. (bk-8375)
Attorney for Defendant, Federal Jeans, Inc.
1233 Beech Street #49
Atlantic Beach, New York 11509
Tel. (516) 889-9353