*K.✻✻✻ S.*

Bennett D. Krasner, Esq. (bk-8375)
1233 Beech Street #49
Atlantic Beach, New York 11509
Attorney for Defendant, Federal Jeans, Inc.

```
┌─────────────────────────────┐
│ USDS SDNY                   │
│ DOCUMENT                    │
│ ELECTRONICALLY FILED        │
│ DOC #: _____      │
│ DATE FILED: 2/26/08         │
└─────────────────────────────┘
```

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Jennifer Perdomo.,                    )<br>                                       )<br>                Plaintiff,             )<br>    v.                                 )<br>                                       )<br>Federal Jeans, Inc. and                )<br>Yoram Moussaief, in his official and individual )<br>capacities,                            )<br>                                       )<br>                Defendants.            )<br>_____) | Civil Action No.<br>08-CV-00919(JGK) |

### STIPULATION EXTENDING DEFENDANT, FEDERAL JEANS, INC., TIME TO ANSWER OR OTHERWISE RESPOND

    IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel

for the parties in the above-captioned action that Defendant's, Federal Jeans, Inc., time to answer

or otherwise respond to the Complaint in the above-captioned action is hereby extended until on

or before March 17, 2008.  Defendant, Federal Jeans, Inc., waives any claim of improper service

of process.  The original date to answer or otherwise respond to Plaintiff's Complaint was

February 19, 2008. The parties state that no prior extension of time have been sought or granted.

Dated: Atlantic Beach, New York
February 19, 2008

*So ordered.*

*✻✻ 6/Kalto*

*U.S.D.J.*

*2/25/08*

02/19/2008 02:59 PM
02/19/2008 13:01        (516) 432-7016        Bennett D. Krasner, Esq.        Thompson Wigdor & Gilly LLP   2122399001   K/K
                                                                              Page 3/4

STIPULATED AND AGREED:

Douglas H. Wigdor
Thompson Wigdor & Gilly, LLP
Attorneys for Plaintiff
350 Fifth Avenue, Suite 5720
New York, NY 10118
Tel. (212) 239-9292

Bennett D. Krasner

Bennett D. Krasner, Esq. (bk-8375)
Attorney for Defendant, Federal Jeans, Inc.
1233 Beech Street #49
Atlantic Beach, New York 11509
Tel. (516) 889-9353


SO ORDERED:


John G. Koeltl, U.S.D.J.


Page -2-