Bennett D. Krasner, Esq. (bk-8375)
1233 Beech Street #49
Atlantic Beach, New York 11509
Attorney for Defendant, Federal Jeans, Inc.

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| Jennifer Perdomo., ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> Federal Jeans, Inc. and ) <br> Yoram Moussaief, in his official and individual ) <br> capacities, ) <br> Defendants. ) <br> ) | Civil Action No. <br> 08-CV-00919(JGK) |

### STIPULATION EXTENDING DEFENDANT, FEDERAL JEANS, INC., TIME TO ANSWER OR OTHERWISE RESPOND

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel for the parties in the above-captioned action that Defendant's, Federal Jeans, Inc., time to answer or otherwise respond to the Complaint in the above-captioned action is hereby extended until on or before April 2, 2008. The original date to answer or otherwise respond to Plaintiff's Complaint was February 19, 2008. One prior extension was granted on consent until March 17, 2008.

Dated: Atlantic Beach, New York
March 14, 2008

STIPULATED AND AGREED:

/s/ Douglas H. Wigdor
Douglas H. Wigdor
Thompson Wigdor & Gilly, LLP
Attorneys for Plaintiff
350 Fifth Avenue, Suite 5720
New York, NY 10118
Tel. (212) 239-9292

*Bennett D Krasner*
Bennett D. Krasner, Esq. (bk-8375)
Attorney for Defendant, Federal Jeans, Inc.
1233 Beech Street #49
Atlantic Beach, New York 11509
Tel. (516) 889-9353

SO ORDERED:

John G. Koeltl, U.S.D.J.