02/20/2008 12:48 FAX
02/19/2008 06:43 PM
02/19/2008 16:22   2129442055   FEDERAL JEANS   PAGE 02/05

Yoram Moussaieff
81-21 Kent Street
Jamaica Estates, NY 11432
Defendant, *pro se*

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Jennifer Perdomo., <br><br> Plaintiff, <br><br> v. <br><br> Federal Jeans, Inc. and <br> Yoram Moussaief, in his official and individual capacities, <br><br> Defendants. | Civil Action No. <br> 08-CV-00919(JGK) |

## STIPULATION EXTENDING DEFENDANT, YORAM MOUSSAIEFF'S, TIME TO ANSWER OR OTHERWISE RESPOND

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned, Defendant *pro se* and counsel for the Plaintiff in the above-captioned action that Defendant, Yoram Moussaieff's, time to answer or otherwise respond to the Complaint in the above-captioned action is hereby extended until on or before March 17, 2008. Defendant, Yoram Moussaieff, waives any claim of improper service of process. The original date to answer or otherwise respond to Plaintiff's Complaint was February 19, 2008. The parties state that no prior extension of time have been sought or granted.

Dated: New York, NY
February 19, 2008

STIPULATED AND AGREED:

_____
Douglas H. Wigdor
Thompson Wigdor & Gilly, LLP
Attorneys for Plaintiff
350 Fifth Avenue, Suite 5720
New York, NY 10118
Tel. (212) 239-9292

_____
Yoram Moussaieff
Defendant, *pro se*
81-21 Kent Street
Jamaica Estates, NY 11432
Tel. (917) 579-7977


SO ORDERED:

_____
John G. Koeltl, U.S.D.J.

3/10/08

Page -2-

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

# MEMORANDUM
*Pro Se Office*

MAR 1 8 2008
PRO SE OFFICE

RECEIVED
MAR 1 1 2008
CHAMBERS OF
JUDGE JOHN G. KOELTL

To: The Honorable John G. Koeltl

From: *Pro Se* Office, x0177, C. Lim

Date: 3/6/08

Re: Perdomo v. Federal Jeans, Inc., et al., No. 0 8 Civ. 00919 (JGK)

    The attached document, which was received by this Office on Feb. 22, 2008 has been submitted to the Court for filing. The document is deficient as indicated below. Instead of forwarding the document to the docketing unit, I am forwarding these papers to you for your consideration. See Fed. R. Civ. P. 5(d)(2)(B), (4). Please return this memorandum with the attached papers to this Office indicating at the bottom what action should be taken.

(X)    No original signature.

( )    No affirmation of service/proof of service

( )    The document appears to be a request in the form of a letter.

( )    Other: _____

_____

_____

_____

(X) **ACCEPT FOR FILING**      ( ) **RETURN TO *PRO SE* LITIGANT**

_____
United States District Judge

Comments:

_____
United States Magistrate Judge

Dated: