```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/19/08
```

Bennett D. Krasner, Esq. (bk-8375)
1233 Beech Street #49
Atlantic Beach, New York 11509
Attorney for Defendant, Federal Jeans, Inc.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Jennifer Perdomo.,

      Plaintiff,

v.

Federal Jeans, Inc. and
Yoram Moussaief, in his official and individual
capacities,
      Defendants.

Civil Action No.
08-CV-00919(JGK)

### STIPULATION EXTENDING DEFENDANT, FEDERAL JEANS, INC., TIME TO ANSWER OR OTHERWISE RESPOND

  IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel for the parties in the above-captioned action that Defendant's, Federal Jeans, Inc., time to answer or otherwise respond to the Complaint in the above-captioned action is hereby extended until on or before April 2, 2008. The original date to answer or otherwise respond to Plaintiff's Complaint was February 19, 2008. One prior extension was granted on consent until March 17, 2008.

Dated: Atlantic Beach, New York
March 14, 2008

STIPULATED AND AGREED:

_____
Douglas H. Wigdor
Thompson Wigdor & Gilly, LLP
Attorneys for Plaintiff
350 Fifth Avenue, Suite 5720
New York, NY 10118
Tel. (212) 239-9292

_____
Bennett D. Krasner, Esq. (bk-8375)
Attorney for Defendant, Federal Jeans, Inc.
1233 Beech Street #49
Atlantic Beach, New York 11509
Tel. (516) 889-9353

SO ORDERED:

_____
John G. Koeltl, U.S.D.J.

3/19/08