UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JENNIFER PERDOMO,

           Plaintiff,

v.

FEDERAL JEANS, INC. and
YORAM MOUSSAIEFF, in his official and
individual capacities,

           Defendants.

---

Civil Action No. 08 Cv 00919 (JGK)

**RULE 7.1 Statement**

      Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Federal Jeans, Inc., (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.   NONE.

**Date:** April 1, 2008

                                  *Bennett D Krasner*
                                  **BENNETT D. KRASNER, ESQ.** (BK-8375)
                                  1233 Beech Street #49
                                  Atlantic Beach, NY 11509
                                  Tel. 516-889-9353
                                  *Attorney for Defendant, Federal Jeans, Inc.*

To:
**DOUGLAS H. WIGDOR, ESQ.** (DW-9737)
**THOMPSON WIGDOR & GILLY LLP**
*Attorneys for Plaintiff*
350 Fifth Avenue, Suite 5720
New York, NY 10118
Tel. (212) 239-9292
Fax (212) 239-9001

**YORAM MOUSSAIEFF**
*Defendant, Pro se*
81-21 Kent Street
Jamaica Estates, NY 11432
Tel. (917) 579-7977