CERTIFICATE OF SERVICE

      I, Bonnie E. Krasner, hereby certify that on April 1, 2008, I caused true and correct copies of DEFENDANT'S (Federal Jeans, Inc.) ANSWER to Plaintiff's Complaint and Rule 7.1 Statement, to be served by placing true copies of the same in a securely sealed first class postage paid envelope, in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York, upon:

Yoram Moussaieff
81-21 Ken Street
Jamaica Estates, NY 11432

Dated: April 1, 2008                        *Bonnie E. Krasner*
                                             BONNIE E. KRASNER