UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
:
PERDOMO,                                           :
:
                                 Plaintiffs,   :
:
         - against –                          :
:
FEDERAL JEANS, INC., et al.,                       :
:
                               Defendants.   :
------------------------------------------------------------------X

**DOCUMENT ELECTRONICALLY FILED**
DOC #: _____
DATE FILED: 4/16/08

08 Civ. 919 ( JGK )( FM )

**ORDER OF REFERENCE
TO A MAGISTRATE JUDGE**

JOHN G. KOELTL, District Judge:

    The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

___  General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement)

___  Specific Non-Dispositive Motion/Dispute:*
_____
_____

    If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral:_____

_X_  Settlement*

___  Inquest After Default/Damages Hearing

___  Consent under 28 U.S.C. § 636(c) for all purposes (including trial)

___  Consent under 28 U.S.C.§ 636(c) for limited purpose (e.g., dispositive motion, preliminary injunction)

    Purpose:_____

___  Habeas Corpus

___  Social Security

___  Dispositive Motion (i.e., motion requiring a Report and Recommendation)

    Particular Motion:_____
_____

    All such motions: ___

**SO ORDERED.**

DATED:    New York, New York
              April 15, 2008

_____
John G. Koeltl
United States District Judge

---

* Do not check if already referred for general pretrial.