UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
JENNIFER PERDOMO,

                          Plaintiff,

      v.                                            No. 08 Civ. 00919 (JGK)

FEDERAL JEANS, INC. and
YORAM MOUSSAIEFF, in his official and
individual capacities,                            **Rule 26(f) Proposed Discovery Plan**

                        Defendants.
------------------------------------------------------------------X

      The Parties have conducted their Federal Rule of Civil Procedure 26(f) conference and have agreed, subject to the Court's approval, to the following deadlines:

1. Initial disclosures pursuant to Rule 26(a)(1) shall be exchanged no later than May 14, 2008;

2. All parties shall serve initial document production demands and interrogatory requests on or before May 30, 2008;

3. All fact discovery shall be completed by November 10, 2008;

4. Party wishing to make a dispositive motion must start the process pursuant to Judge Koeltl's Individual Practice Rule 2.A no later than November 24, 2008;

5. Date for the submission of the joint pre-trial order: within 30 days following the close of discovery pursuant to Judge Koeltl's Individual Practice Rule 3.A.

*[Handwritten note:]* Parties should advise the Court by letter by May 9, 2008 whether they consent to trial before the Magistrate Judge.

*[Handwritten:]* So ordered 4/16/08 [signature] U.S.D.J.

1

Dated: April 15, 2008
      New York, New York

Respectfully submitted,

| | |
|---|---|
| Douglas H. Wigdor (DW-9737) | Bennett D. Krasner (BK-8375) |
| Scott B. Gilly (SG-6861) | The Law Offices of Bennett D. Krasner |
| THOMPSON WIGDOR & GILLY LLP | 1233 Beech Street, No. 49 |
| 350 Fifth Avenue, Suite 5720 | Atlantic Beach, New York 11509 |
| New York, New York 10118 | (516) 889-9353 |
| 212-239-9292 | *Counsel for Defendant Federal Jeans, Inc.* |
| *Counsel for Plaintiff* | |

Yoram Moussaieff
81-21 Kent Street
Jamaica Estates, New York 11432
(917) 579-7977
Defendant, *pro se*

**SO ORDERED:**

**JOHN G. KOELTL, UNITED STATES DISTRICT JUDGE**

2