UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

PERDOMO,

                         Plaintiffs,

   - against –

FEDERAL JEANS, INC., et al.,

                         Defendants.
------------------------------------------------------------X

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/8/08

08 Civ. 919 ( JGK )( FM )

ORDER OF REFERENCE
TO A MAGISTRATE JUDGE

JOHN G. KOELTL, District Judge:

The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

__X__ General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement)

____ Specific Non-Dispositive Motion/Dispute:*

_____

_____

If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral:_____

____ Settlement*

____ Inquest After Default/Damages Hearing

____ Consent under 28 U.S.C. § 636(c) for all purposes (including trial)

____ Consent under 28 U.S.C.§ 636(c) for limited purpose (e.g., dispositive motion, preliminary injunction)

Purpose:_____

____ Habeas Corpus

____ Social Security

____ Dispositive Motion (i.e., motion requiring a Report and Recommendation)

Particular Motion:_____

_____

All such motions: ____

SO ORDERED.

DATED:    New York, New York
            May 7, 2008

/s/ John G. Koeltl
John G. Koeltl
United States District Judge

* Do not check if already referred for general pretrial.