```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/29/08
```

**MEMO ENDORSED**

THE LAW OFFICES OF
**BENNETT DAVID KRASNER**
1233 Beech Street, No. 49
Atlantic Beach, New York 11509
(516) 889-9353   Fax (516) 432-7016

Of Counsel
Bonnie Ellen Krasner

Reply To: **Long Island Office**

May 28, 2008

SENT BY FACSIMILE ONLY TO (212) 805-6724

The Honorable Frank Maas
United States Magistrate Judge
United States District Court House
500 Pearl Street
New York, NY 10007

        Re:    Jennifer Perdomo v. Federal Jeans, Inc. et al.
              Civ. No. 08-cv-00919-JGK-FM

Dear Magistrate Maas:

    I represent Federal Jeans, Inc., a defendant in the above referenced matter. I am requesting an extension from May 30, 2008 to June 6, 2008 for all parties to serve initial document and production demands and interrogatories. There have been no previous requests and plaintiff's attorney as well as the other co-defendant have consented. The requested extension does not affect any other scheduling dates.

    Thank you for your consideration in this matter.

Respectfully submitted,

*Bennett D. Krasner*

Bennett D. Krasner
BDK:bp
cc:    Douglas H. Wigdor, Esq. by facsimile only to (212) 239-9001
        Yoram Moussaieff, pro se, by facsimile only to (212) 944-2055

**APPLICATION GRANTED
SO ORDERED**

_____
Frank Maas, USMJ  5/29/08

*New York Office: 747 Third Avenue, 4th FL, New York, NY 10017; Tel. 212-588-0330*