UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
JENNIFER PERDOMO

                          Plaintiff,                             08 CIVIL 00919 (JGK)

    -against-
FEDERAL JEANS, INC. AND
YORAM MOUSSAIEF, in his official and
individual capacities  Defendant.
------------------------------------------------------------x

## NOTICE OF CHANGE OF ADDRESS

**To: Attorney Admission Clerk and All Other Parties**

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change(s) for: _____

☒ *Attorney*

    ☒ I am a U.S.D.C., Southern District of New York attorney. My Bar Number is: DW-9737

    ☐ I am a Pro Hac Vice attorney

    ☐ I am a Government Agency attorney

☐ *Law Firm/Government Agency Association*

    From: _____

    To: _____

    ☐ I will continue to be counsel of record on the above-entitled case at my new firm/agency.

    ☐ I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge _____.

☐ *Address:*  85 Fifth Avenue  New York, NY 10003

☐ *Telephone Number:*  (212) 257-6800

☐ *Fax Number:*  (212) 257-6845

☐ *E-Mail Address:*  dwigdor@twglaw.com

Dated: 7/23/08