UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

JENNIFER PERDOMO,   :

                Plaintiff,   :

    - against -   :

FEDERAL JEANS, INC. and YORAM   :
MOUSSAIEFF, in his official and
individual capacities,   :

                Defendants.   :

------------------------------------------------------------x

**ORDER**

08 Civ. 919 (JGK)(FM)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8-1-08

**FRANK MAAS**, United States Magistrate Judge.

       Pursuant to the conference held earlier today, it is hereby ORDERED that a telephone conference shall be held on October 9, 2008, at 9:45 a.m. Counsel for plaintiff should initiate the conference by calling Chambers at (212) 805-6727.

       SO ORDERED.

Dated:    New York, New York
             July 30, 2008

                                              _____
                                              FRANK MAAS
                                         United States Magistrate Judge

Copies to:

Hon. John G. Koeltl
United States District Judge

Douglas H. Wigdor, Esq.
Thompson Wigdor & Gilly LLP
Fax: (212) 257-6845

Bennett D. Krasner, Esq.
The Law Offices of Bennett D. Krasner
Fax: (516) 432-7016

Yoram Moussaieff
81-21 Kent Street
Jamaica Estates, NY 11432